**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------------------------------**

**FRANK MADERA**

                                                          **Plaintiff,**

            **-v.-**

                                                  **Civil Action No.**
                                                  **9:00-cv-207 (GLS/RFT)**

**GARY H. FILION, Superintendent**
**of Marcy Corr. Facility**

                                                          **Defendants.**
**-------------------------------------------------------------------------------**

**APPEARANCES:**

**FRANK MADERA**
**Plaintiff Pro Se**
**97-B-0807**
**Marcy Correctional Facility**
**Box 3600**
**Marcy, NY 13403-3600**


**ELIOT SPITZER, ESQ.**                    **G. LAWRENCE DILLON,**
**NEW YORK STATE ATTORNEY GENERAL**  **Esq.**
**207 Genesee Street**                    **Assistant Attorney General**
**Utica, NY 13501**


**GARY L. SHARPE,**
**U.S. DISTRICT JUDGE**

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece duly filed July 19, 2005.  On February 3, 2000, Frank Madera filed a *pro se* petition for habeas corpus.  *See Dkt. No. 1.* On March 7, 2000, the court issued an order granting petitioner's request to proceed with this action *in forma pauperis*.  The order further stated, consistent with local practice in this district, warned Madera of his obligation to notify the court of any address change.  *See L.R. 10.1(b)(2)*.  Furthermore, he was warned that his failure to comply with this rule could result in the dismissal of his action.  *See L.R. 41.2(b)*.  More specifically, the court mailed him an order which provided, *inter alia*:

> **Petitioner is also required to promptly notify the Clerk's Office and counsel for the respondent of any change in his address; his failure to do same will result in dismissal of the action.**

*See Order, Dkt. No.  3* (emphasis in the original).

On July 28, 2005, Madera's copy of the Report-Recommendation and Order was returned in its original envelope, and marked "Return to Sender" with hand written notations "2/11/05 paroled Clinton."  See Dkt. No. 15.  This court ascertained that Madera was paroled on February 11, 2005.

2

*See* N. Y. S. Department of Corrections website at

http://nysdocslookup.docs.state.ny.us.  Local Rule 41.2(b) provides that the

"failure to notify the court of a change of address in accordance with Local

Rule 10.1(b) may result in dismissal."  Rule 41(b) of the Federal Rules of

Civil Procedure allows a court to dismiss an action for failure to prosecute.

Courts in the Northern District of New York have dismissed law suits brought

by *pro se* plaintiffs for failure to provide a current address.  *See Fenza v.*

*Conklin*, 177 F.R.D. 126 (N.D.N.Y. 1988); *Williams v. Faulkner*, 95-CV-741,

1998 WL 278288 (N.D.N.Y. May 20, 1998); *Dansby v. Albany County Corr.*

*Facility Staff*, 95-CV-1525, 1996 WL 172699 (N.D.N.Y. April 10, 1996).

    Notwithstanding that Madera's failure to provide this court with a

change of address warrants dismissal.  After careful review of all of the

papers herein, including the Magistrate Judge's Report-Recommendation,

and no objections submitted thereto, it is hereby

    **ORDERED, that the Report-Recommendation of Magistrate Judge**

**Randolph F. Treece filed July 19, 2005 is ACCEPTED in its entirety for**

**the reasons stated therein, and it is further**

    **ORDERED, that the Petition for Writ of Habeas Corpus filed by**

**Frank Madera is DENIED and DISMISSED as for the reasons stated**

**within the Report-Recommendation and Order and for failure to notify**

3

the court of his current address, for failure to prosecute, and for failure
to comply with the court's March 7, 2000 order,  and it is further

ORDERED, that the Clerk of the Court is to enter judgment in
favor of Defendant and close this case.


**IT IS SO ORDERED**

**Dated:**    **August 29, 2005**
          **Albany, New York**

Gary L. Sharpe
Gary L. Sharpe
U.S. District Judge

4